No. 99–5886. SYVERTSON v. NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.

No. 99–5891. WASH v. BOOKER, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 99–5929. BLAND v. MITCHEM, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–5945. SCHERF v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 99–5949. MATIAZ JUAN v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 99–5955. BROOKS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–5973. BROWN v. HICKMAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–5985. SHEMONSKY v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 99–5987. ROBERTSON v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 99–6054. BUCKNER v. FRANCO, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–6073. LONDON v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–6092. SIMENTAL v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 99–6095. WAGENER v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 99–6098. O'CONNOR v. STATE MUTUAL LIFE ASSURANCE COMPANY OF AMERICA. C. A. 11th Cir. Certiorari denied.

No. 99–6114. SOURS v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.